AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Juan Carlos Oquendo-Rosa

APPEARANCE

CASE NUMBER: 1:08-MJ-94A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for DEFENDANT

I certify that I am admitted to practice in this court.

6/13/08
*Date*

[signature]
*Signature*

JAMES T. MCCORMICK *Print Name*
2614 *Bar Number*

128 DORRANCE St, Rm 330
*Address*

PROVIDENCE *City* RI *State* 02903 *Zip Code*

831-2970 *Phone Number*
751-1797 *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.