UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 1-08-MJ-94A
:
JUAN CARLOS OQUENDO-ROSA :

# ORDER

This matter was heard on June 13, 2008 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, JUAN CARLOS OQUENDO-ROSA, should be removed to the District of Puerto Rico to answer an indictment filed against him in that District (CR No. 08-204 (DRD)). The Defendant, being advised of his rights by the Court and represented by counsel, James T. McCormick, Esquire, having consented to removal, waived his right to an identity hearing solely in this District and preserving all other defenses, it is hereby:

ORDERED, ADJUDGED AND DECREED

The Defendant is ordered removed in the custody of all United States Marshals Service and/or Bureau of Prisons to the judicial district of the District of Puerto Rico for a prompt appearance before U.S. Magistrate Judge Justo Arenas.

PER ORDER,

/s/ Martha Saucier
Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 13, 2008