David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

June 16, 2008

RECEIVED AND FILED
2008 JUN 20 PM 2:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office

150 Federico Degetau Federal Bldg
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**RI Case # 1:08MJ94A**
**Your Docket No. CR08-204 DRD**

On June 13, 2008, Magistrate Judge Lincoln D. Almond conducted a Rule 5 hearing in 1:08MJ94A, Juan Carlos Oquendo-Rosa.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.
Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.
For questions regarding this document or transmission, please contact me at 401-752-7217.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Jeannine Noel
Jeannine Noel, Deputy Clerk